UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

**MARLOWE E PARKER JR #429838**          CASE NO.  3:25-CV-00968 SEC P

**VERSUS**                                JUDGE TERRY A. DOUGHTY

**KEVIN W COBB ET AL**                    MAG. JUDGE KAYLA D. MCCLUSKY

# JUDGMENT

After considering the Report and Recommendation of the Magistrate Judge [Doc. No. 8], Plaintiff Marlowe Parker, Jr.'s written and filed objections thereto [Doc. No. 10], and after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that except for Plaintiff Marlowe Parker, Jr.'s claim that Nurse Dana failed to provide follow-up medical care, Plaintiff's claims are **DISMISSED WITH PREJUDICE** as legally frivolous and for failing to state claims on which relief may be granted.

MONROE, LOUISIANA, this 14th day of November 2025.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE